NUMBER 13-08-042-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__________________________________________________ _____


IN THE INTEREST OF R.F., JR. AND H.F., CHILDREN

________________________________________________________


On Appeal from the County Court at Law No. One 


of Hidalgo County, Texas.


_____________________________________________________ __


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Jesus J. Flores, Jr., has moved to dismiss his appeal of a judgment
rendered against him for child support arrears. The Court, having considered the
documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. See Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is
GRANTED, and the appeal is hereby DISMISSED. Costs are taxed against appellant. 
See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant."). 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 28th day of February, 2008.